# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **JANETH GONZALEZ,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:23-cv-00011-RDP-NAD |
| ) | |
| **KIMBERLY NEELY,** ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

Petitioner Janeth Gonzalez filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). On November 17, 2023, the Magistrate Judge to whom the case was referred filed a Report and Recommendation pursuant to 28 U.S.C. § 636(b), recommending that the habeas petition be denied and dismissed with prejudice. (Doc. 17). The Magistrate Judge also recommended that Petitioner's motion for judgment (Doc. 16) be found moot. (Doc. 17). Although the parties were notified of their rights to file objections within fourteen days, that time expired with no objections having been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court **ADOPTS** the Magistrate Judge's findings and **ACCEPTS** the recommendation.

The court finds that the petition for writ of habeas corpus is due to be denied and dismissed with prejudice. The court also finds Petitioner's motion for judgment (Doc. 16) is moot.

A separate Final Judgment will be entered.

**DONE** and **ORDERED** this December 7, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE